## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANA SCHMIDT, Independent Administrator of the Estate of Elissa A. Lindhorst, Deceased,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 22-CV-00329-SPM** |
| **JOHN D. LAKIN, Sheriff, Madison County, *et al.*,** | |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 7, 2022 (Doc. 10), this action is **DISMISSED without prejudice**.

   **DATED:   March 7, 2022**


                              **MONICA A. STUMP,**
                              **Clerk of Court**

                              **By:  s/ *Jackie Muckensturm***
                                   **Deputy Clerk**


**APPROVED: s/ *Stephen P. McGlynn***
            **STEPHEN P. McGLYNN**
            **U.S. District Judge**